# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 824 |
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| CONDUCT BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of January, 2020, the Honorable William C. Wenner, Dauphin County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing March 14, 2020.